## FAULKNER *v.* TODD and Another.

SCIRE FACIAS on a mortgage.   Plea, a former judgment *Monday,* for the debt secured by the mortgage—an execution on that *November 17.* judgment—a replevin—and an execution on the replevin bond levied on real estate, the property remaining in the sheriff's hands unsold for want of buyers.

*Held*, on general demurrer, that the plea was good; the defendant not being liable to other proceedings for the same debt, while the property seized remained unsold in the hands of the sheriff.   *M'Intosh et al.* v. *Chew et al.* ante, p. 289.